UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: EMBREY, ROBERT M | § | Case No. 09-71076 |
| EMBREY, MARIANNE | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 12/14/09 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/28/2009_____    By: /s/JOSEPH D. OLSEN_____
                                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: EMBREY, ROBERT M | § | Case No. 09-71076 |
| EMBREY, MARIANNE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,292.05 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 11,292.05 |

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,879.21 | $ 36.56 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 1,372.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,205.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 1,409.21 | $ 320.37 |
| 2 | Bravo Brokers, Inc. | $ 2,985.00 | $ 678.62 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 22,690.51 | $ 5,158.52 |
| 5 | CHASE BANK USA | $ 4,338.41 | $ 986.31 |
| 6 | Advanta Bank Corp | $ 3,782.67 | $ 859.96 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

    The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1                  Date Rcvd: Nov 20, 2009
Case: 09-71076                Form ID: pdf006             Total Noticed: 30

The following entities were noticed by first class mail on Nov 22, 2009.
db/jdb         +Robert M Embrey,   Marianne Embrey,   8002 Bull Valley Road,   Woodstock, IL 60098-8111
aty            +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty            +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
                 Rockford, Il 61108-2579
tr             +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13678274       ++ADVANTA,   WELSH AND MCKEAN RD,   P O BOX 844,   SPRING HOUSE PA 19477-0844
                 (address filed with court: Advanta Bank Corp.,   POB 8088,   Philadelphia, PA 19101)
14185202        Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14163399       +Advanta Bank Corp,   % Becket & Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
13678275       +Anthony and Nancy Cosentino,   9008 71st Avenue East,   Palmetto, FL 34221-9294
13678280       +Bank of America,   POB 1848,   Greensboro, NC 27402
13678279       +Bank of America,   POB 21848,   Greensboro, NC 27420-1848
14270883       +Bank of America NA,   PO Box 9000,   Getzville, NY 14068-9000
13678282       +Bravo Brokers, Inc.,   235 Oarnge Avenue,   Sarasota, FL 34236-8532
14101262       +CHASE BANK USA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
13678283        Capital One,   POB 6492,   Carol Stream, IL 60197-6492
13678284        Castle Management,   POB 559009,   Fort Lauderdale, FL 33355-9009
13678286       +Chase Bank,   POB 24714,   Columbus, OH 43224-0714
13678287        Chase Card Member,   POB 15153,   Wilmington, DE 19886-5153
13678288       +CitiBank Master Card,   POB 688915,   Des Moines, IA 50368-8915
13678289       +Citibank Visa,   POB 688912,   Des Moines, IA 50368-8912
13678290        Countrywide Mortgage,   POB 650070,   Dallas, TX 75265-0070
13678292       +EMC Mortgage Corp.,   POB 293150,   Lewisville, TX 75029-3150
13678293       +Fifth Third Bank,   POB 740789,   Cincinnati, OH 45274-0789
13678294        GMAC,   POB 9001951,   Louisville, KY 40290-1951
14074996       +GMAC,   PO Box 130424,   Roseville, MN 55113-0004
13678295        Las Palmas of Sarasota,   Argus Property Management,   POB 628207,   Orlando, FL 32862-8207
14087624       +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
13678296       +Resource Property Management,   7300 Park Street,   Seminole, FL 33777-4601
13678297       +The Palms of Cortez Condominium,   c/o Brough, Chadrow & Levine PA,   1900 No. Commerce Parkway,
                 Weston, FL 33326-3236
The following entities were noticed by electronic transmission on Nov 20, 2009.
14043715        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2009 04:09:18     DISCOVER BANK,
                 DFS Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
13678291        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2009 04:09:18     Discover,   POB 30943,
                 Salt Lake City, UT 84130
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13678276*      +Anthony and Nancy Cosentino,   9008 71st Avenue East,   Palmetto, FL 34221-9294
13678277*      +Anthony and Nancy Cosentino,   9008 71st Avenue East,   Palmetto, FL 34221-9294
13678278*      +Anthony and Nancy Cosentino,   9008 71st Avenue East,   Palmetto, FL 34221-9294
13678281*      +Bank of America,   POB 1848,   Greensboro, NC 27402
13678285*       Castle Management,   POB 559009,   Fort Lauderdale, FL 33355-9009
                                                                                               TOTALS: 0, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2009**                    **Signature:** *Joseph Speetjens*